## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WILLIE CHARLES MEDLOCK**                                              **APPELLANT**

**v.**                              **Case No. 4:25-cv-01094-LPR**

**M. RANDY RICE et al.**                                                  **APPELLEES**

### **JUDGMENT**

Pursuant to the Order entered on April 2, 2026, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is dismissed with prejudice for lack of prosecution.

IT IS SO ADJUDGED this 27th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE